AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynn, Barbara M. | U.S.D.C.-No. District of Texas | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Federal Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | _____ Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Michael P. Lynn P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 13-15, 2011 | Vail, CO | Litigation Winter Leadership Meeting | Transportation, meals, hotel |
| 2. | The University of San Diego | January 23-24, 2011 | San Diego, CA | Panelist, Directors Forum 2011 | Transportation, meals, hotel |
| 3. | ABA | January 27-30, 2011 | Snowmass Village, CO | CLE Seminar | Transportation, meals, hotel |
| 4. | ABA | March 27-28, 2011 | Washington, DC | Judicial Disqualification Working Group Meeting | Transportation, meals, hotel |
| 5. | ABA | May 30-31, 2011 | Chicago, IL | Good Works Summit Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The University of Texas at Austin | June 1-2, 2011 | Austin, TX | Panelist, UT Appellate Course | Transportation, meals, hotel |
| 7. | ABA | June 23-25, 2011 | Dana Point, CA | Litigation Spring Leadership Meeting | Transportation, meals, hotel |
| 8. | ABA | September 21-25, 2011 | Philadelphia, PA | Litigation Fall Leadership Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Committee on the Administration of the Bankruptcy System of the Judicial Conference | Mont Blanc Pen with Engraving | $425.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab & Vanguard Account #1 (includes 2- 22) | | | | | | | | | |
| 2. -Vanguard Ext. Mkt Idx Adm | B | Dividend | M | T | | | | | |
| 3. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy | 01/28/11 | M | | |
| 4. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 01/28/11 | J | | |
| 5. -Vanguard Int Term TE Adm | | | | | Redeemed | 01/31/11 | J | | |
| 6. -Vanguard Int Term TE Adm | | | | | Redeemed | 04/25/11 | J | A | |
| 7. -Vanguard Int Term TE Adm | | | | | Redeemed | 07/25/11 | J | A | |
| 8. -Vanguard Int Term TE Adm | | | | | Redeemed | 10/31/11 | J | A | |
| 9. -Vanguard 500 Idx Adm | D | Dividend | O | T | | | | | |
| 10. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | | | Sold | 01/28/11 | K | C | |
| 11. -Vanguard Tlt Int Index Inv | | | | | Sold | 01/28/11 | O | | |
| 12. -Vanguard Tlt Stk Ix Adm | E | Dividend | O | T | Buy | 01/28/11 | O | | |
| 13. -Vanguard Tlt Int Index Adm | | | | | Buy (add'l) | 01/28/11 | K | | |
| 14. -Vanguard Tlt Stk Ix Adm | E | Dividend | P1 | T | Buy | 06/08/11 | N | | |
| 15. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 12/12/11 | M | | |
| 16. -Vanguard Prime Money Mkt | A | Dividend | M | T | Buy | 01/26/11 | M | | |
| 17. -Vanguard Prime Money Mkt | | | | | Sold | 01/28/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Prime Money Mkt | | | | | Buy (add'l) | 11/14/11 | N | | |
| 19. -Vanguard Prime Money Mkt | | | | | Sold | 12/12/11 | M | | |
| 20. -Vanguard Prime Money Mkt | | | | | Sold | 12/30/11 | J | | |
| 21. -Vanguard Prime Money Mkt | | | | | Sold | 12/30/11 | J | | |
| 22. -Vanguard Tax Exempt Money Mkt | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 23. Vanguard Account #2 (includes 24-39) | | | | | | | | | |
| 24. -Vanguard Int Tax Ex Adm | B | Dividend | | | Buy | 01/28/11 | M | | |
| 25. -Vanguard Int Tax Ex Adm | | | | | Buy (add'l) | 01/28/11 | L | | |
| 26. -Vanguard Int Tax Ex Adm | | | | | Sold | 02/16/11 | O | | |
| 27. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | | | Sold | 02/16/11 | L | | |
| 28. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Buy | 06/08/11 | N | | |
| 29. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Sold | 12/30/11 | J | A | |
| 30. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Sold | 12/30/11 | J | A | |
| 31. -Vanguard Ttl Stk Mkt Idx Adm | B | Dividend | | | Sold | 01/28/11 | M | E | |
| 32. -Vanguard Ttl Stk Mkt Idx Adm | | | | | Buy | 11/21/11 | N | | |
| 33. -Vanguard Prime Money Market | A | Dividend | | | Buy | 01/26/11 | M | | |
| 34. -Vanguard Prime Money Market | | | | | Sold | 01/28/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Prime Money Market | | | | | Buy (add'l) | 11/14/11 | N | | |
| 36. -Vanguard Prime Money Market | | | | | Sold | 11/21/11 | N | | |
| 37. -Vanguard Tax Exempt Money Mkt Fund | A | Dividend | | | Sold | 01/28/11 | L | | |
| 38. -Vanguard Tlt Int Index Adm | | | | | Buy | 01/28/11 | M | | |
| 39. -Vanguard Tlt Int Index Adm | | | | | Sold | 02/16/11 | M | | |
| 40. Schwab & Vanguard Account #3 (includes 41-43) | | | | | | | | | |
| 41. -Vanguard Tax Ex MM | A | Dividend | K | T | Buy | 10/11/11 | N | | |
| 42. -Vanguard Tax Ex MM | | | | | Sold | 11/14/11 | N | | |
| 43. -Vanguard Tax Ex MM | | | | | Sold | 11/14/11 | N | | |
| 44. Schwab & Vanguard IRA Rollover #1 (includes 45-47) | | | | | | | | | |
| 45. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 46. -Vanguard Tlt Bnd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 47. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 48. Schwab & Vanguard IRA #1 (includes 49) | | | | | | | | | |
| 49. -Vanguard Total Bd Mkt Idx Inv | C | Dividend | L | T | | | | | |
| 50. Trust #1 (includes 51-55) | | | | | | | | | |
| 51. -Vanguard Int Term TE Adm | C | Dividend | M | T | Buy | 04/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Vanguard Tlt Int Index Inv | | | | | Sold | 02/16/11 | K | | |
| 53.   -Vanguard Tlt Int Index Adm | A | Dividend | K | T | Buy | 02/16/11 | K | | |
| 54.   -Vanguard Tlt Stk Ix Adm | C | Dividend | M | T | | | | | |
| 55.   -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 56.   Trust #2 (includes 57-61) | | | | | | | | | |
| 57.   -Vanguard Tlt Intl Stk Ix Adm | D | Dividend | M | T | Buy | 01/28/11 | L | | |
| 58.   -Vanguard Tlt Intl Stk Ix Adm | | | | | Buy | 04/29/11 | J | | |
| 59.   -Vanguard Tlt Stk Ix Adm | D | Dividend | | | Sold | 01/28/11 | L | | |
| 60.   -Vanguard Tlt Stk Ix Adm | | | | | Sold | 04/20/11 | J | A | |
| 61.   -Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 62.   Vanguard Trust #3 (includes 63-67) | | | | | | | | | |
| 63.   -Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Buy | 12/30/11 | J | | |
| 64.   -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/30/11 | J | | |
| 65.   -Vanguard Int. Tax Ex Adm | B | Dividend | L | T | | | | | |
| 66.   -Vanguard Tlt Int Inv | A | Dividend | K | T | | | | | |
| 67.   -Vanguard Tlt Stk Ix Inv | B | Dividend | L | T | | | | | |
| 68.   Vanguard Trust #4 (includes 69-77) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Buy | 02/28/11 | J | | |
| 70. -Vanguard Prime Money Mkt Fund | | | | | Buy | 03/01/11 | J | | |
| 71. -Vanguard Prime Money Mkt Fund | | | | | Sold | 03/02/11 | J | | |
| 72. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/30/11 | J | | |
| 73. -Vanguard Prime Money Mkt Fund | | | | | Buy | 12/30/11 | J | | |
| 74. -Vanguard Int Tax Ex Adm | B | Dividend | | | Sold | 02/28/11 | J | A | |
| 75. -Vanguard Int Tax Ex Adm | | | | | Sold | 03/01/11 | J | A | |
| 76. -Vanguard Int'l Stk Inv | A | Dividend | K | T | | | | | |
| 77. -Vanguard Tlt Stk Ix Adm | B | Dividend | M | T | | | | | |
| 78. Schwab & Vanguard SEP IRA #1 (includes 79) | | | | | | | | | |
| 79. -Vanguard Tlt Bnd Mkt Idx Adm | C | Dividend | L | T | | | | | |
| 80. Schwab & Vanguard IRA Rollover #2 (includes 81-83) | | | | | | | | | |
| 81. -Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 82. -Vanguard Tlt Bd Mkt Idx Adm | E | Dividend | O | T | | | | | |
| 83. -Vanguard ST Inv Grd Adm | D | Dividend | M | T | | | | | |
| 84. Schwab & Vanguard IRA #2 (includes 85) | | | | | | | | | |
| 85. -Vanguard Tlt Bnd Mkt Idx Inv | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Trust #1 (includes 87-110) | | | | | | | | | |
| 87. -GM Accep Corp | A | Interest | J | T | | | | | |
| 88. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 89. -Vanguard LifeStrat Conserv Growth | A | Dividend | K | T | Buy | 11/4/11 | J | | |
| 90. -Vanguard LifeStrat Conserv Growth | | | | | Buy | 11/4/11 | J | | |
| 91. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 92. -Vanguard Tax Ex MM | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 93. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 02/23/11 | J | | |
| 94. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 03/22/11 | J | | |
| 95. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 03/28/11 | J | | |
| 96. -Vanguard Tax Ex MM | | | | | Sold | 04/12/11 | J | | |
| 97. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 04/25/11 | J | | |
| 98. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 05/23/11 | J | | |
| 99. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/01/11 | J | | |
| 100. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/22/11 | J | | |
| 101. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/27/11 | J | | |
| 102. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 07/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 08/22/11 | J | | |
| 104. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/22/11 | J | | |
| 105. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/26/11 | J | | |
| 106. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/29/11 | J | | |
| 107. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 10/24/11 | J | | |
| 108. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 11/22/11 | J | | |
| 109. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/1/11 | J | | |
| 110. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/22/11 | J | | |
| 111. Vanguard Trust #2 (includes 112-135) | | | | | | | | | |
| 112. -GM Accep Corp | A | Interest | J | T | | | | | |
| 113. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 114. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 115. -Vanguard LifeStrat Mod Growth | A | Dividend | K | T | Buy | 11/04/11 | J | | |
| 116. -Vanguard LifeStrat Mod Growth | | | | | Buy | 11/04/11 | J | | |
| 117. -Vanguard Tax Ex MM | A | Dividend | K | T | Buy | 01/12/11 | J | | |
| 118. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 02/23/11 | J | | |
| 119. -Vanguard Tax Ex MM | | | | | Buy (add'l) | 03/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 03/28/11 | J | | |
| 121.  -Vanguard Tax Ex MM | | | | | Sold | 04/12/11 | J | | |
| 122.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 04/25/11 | J | | |
| 123.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 05/23/11 | J | | |
| 124.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/01/11 | J | | |
| 125.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/22/11 | J | | |
| 126.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/27/11 | J | | |
| 127.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 07/22/11 | J | | |
| 128.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 08/22/11 | J | | |
| 129.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/22/11 | J | | |
| 130.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/26/11 | J | | |
| 131.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/29/11 | J | | |
| 132.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 10/24/11 | J | | |
| 133.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 11/22/11 | J | | |
| 134.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/01/11 | J | | |
| 135.  -Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/22/11 | J | | |
| 136.  Investments Ltd (includes 137-144) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard 500 Idx Inv | E | Dividend | O | T | | | | | |
| 138. -Vanguard Int Term TE Adm | E | Dividend | O | T | Buy | 02/16/11 | N | | |
| 139. -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | | | | | |
| 140. -Vanguard Tlt Int Index Adm | E | Dividend | P1 | T | Buy | 01/28/11 | O | | |
| 141. -Vanguard Tlt Int Index Adm | | | | | Buy | 02/16/11 | M | | |
| 142. -Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | Buy | 02/16/11 | L | | |
| 143. -Vanguard Ext Mkt Idx Adm | C | Dividend | N | T | | | | | |
| 144. -Vanguard Total Stk Idx Adm | | | | | Sold | 01/28/11 | O | G | |
| 145. Management Ltd (includes 146) | | | | | | | | | |
| 146. -Prime Money Market | A | Dividend | J | T | | | | | |
| 147. 401k-Fidelity | | None | O | T | | | | | |
| 148. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 149. JP Morgan Chase | A | Interest | K | T | | | | | |
| 150. Comerica (see VIII.) | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trust

150. Comerica (income reported by National Financial Services & Pershing LLC)

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynn, Barbara M. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544